IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **12040 COLWICK DRIVE, LTD.,** § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | **CIVIL CASE NO. SA-22-CV-1023-FB** |
| § | |
| **DEPOSITORS INSURANCE COMPANY,** § | |
| § | |
| Defendant. § | |

## ORDER STAYING CASE

Before the Court is the status of the above styled and numbered cause. As the parties are aware, pending before the Court are: (1) Defendant Depositors Insurance Company's Rule 56 Motion for Summary Judgment (docket #15); (2) Plaintiff's Response to Motion for Summary Judgment (docket #18); and (3) Defendant Depositors Insurance Company's Reply in Support of Its Rule 56 Motion for Summary Judgment (docket #19). Until the Court issues its ruling on the motion for summary judgment, the Court finds a stay should be entered in this case.

Accordingly, IT IS HEREBY ORDERED that this case is STAYED until a ruling is issued by the Court on the motion for summary judgment pending in this case.

It is so ORDERED.

SIGNED this 31st day of March, 2024.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE